# STATE SUPREME COURT

## Judges, Officers, Proceedings, Sessions and Opinions

## SUPREME COURT of OHIO

### COLUMBUS

**Chief Justice**—C. T. Marshall, Zanesville.
**Judges**—Benson W Hough, Delaware; R. M. Wanamaker, Akron; Thomas A. Jones, Columbus; Edward S. Matthias, Van Wert; James E. Robinson, Marysville; George H. Clark, Canton.
**Clerk**—Wilbur C. Lawrence, Van Wert, O.; Bell
**Attorney General**—John G. Price, Columbus; Bell
**Regular Term**—First Tuesday after first Monday of January, at Columbus.
**Reporter**—John W. L. Henney, Columbus; Bell
**Assistant Reporters**—Clinton Collins, H. L. Connett, Columbus.

### LAW LIBRARY

**Librarian**—John W. Shaw, Troy.
**Assistants**—Robert L. Hoyt, James P. Martindale, A. W. Buckmaster, W. W. McDonald, all of Columbus; Philip Allen, New Lexington.

## SUPREME COURT
## Proceedings

### GENERAL DOCKET

Industrial Commission of Ohio et al.; In Prohibition. Demurrer sustained. Writ denied. Marshall, C. J., Hough, Wanamaker, Robinson, Jones and Matthias, JJ., concur. Clark, J., took no part in the consideration or decision of the case.

17430. Max Rudner v. The B & O. R. R. Co.; error to the Court of Appeals of Stark county. Petition in error as of right dismissed for failure to file printed record. Marshall, C. J., Hough, Wanamaker, Robinson, Jones, Matthias and Clark, JJ., concur.

17444. The Akron, Canton and Youngstown Railroad Co. et al. v. Public Utilities Commission of Ohio et al.; error to the Public Utilities Commission. Order affirmed on authority of No. 17269, Akron & Barberton Belt R. R. Co. v. Public Utilities Commission, and No. 17276, Cincinnati & Northern R. R. Co. v. Public Utilities Commission. Marshall, C. J., Hough, Wanamaker, Robinson, Jones, Matthias and Clark, JJ., concur.

17455. The Hocking Valley Railway Co. v. Public Utilities Commission of Ohio et al.; error to the Public Utilities Commission. Order affirmed on authority of No. 17269, Akron & Barberton Belt R. R. Co. v. Public Utilities Commission, and No. 17276, Cincinnati & Northern R. R. Co. v. Public Utilities Commission. Marshall, C. J., Hough, Wanamaker, Robinson, Jones, Matthias and Clark, JJ., concur.

17508. V. W. Surber et al. v. William F. Martin et al.; error to the Court of Appeals of Seneca county. Petition in error as of right dismissed for failure to file printed record Marshall, C. J., Hough, Wanamaker, Robinson, Jones, Matthias and Clark, JJ., concur.

17516. The State, ex rel. George W. Sheppard, Prosecuting Attorney, v. Delmar Magnet et al.; in Quo Warranto. Judgment for relator. Marshall, C. J., Hough, Wanamaker, Robinson, Matthias and Clark, JJ., concur.

17524. Wm. B. Beebe, Judge, v. The State, ex rel. The Starr Piano Co.; error to the Court of Appeals of Cuyahoga county. Judgment affirmed. Marshall, C. J., Hough, Wanamaker, Robinson, Jones, Matthias and Clark, JJ., concur.

17720. George S. Hawke v. Harvey C. Smith, as Secretary of State; error to the Court of Appeals of Franklin county. Dismissed for failure to file printed record. Marshall, C. J., Hough, Wanamaker, Robinson, Matthias and Clark, JJ., concur.

17734. Martha Company, ex Parte. Habeas Corpus. Judgment for respondent. Marshall, C. J., Hough, Wanamaker, Robinson, Jones, Matthias and Clark, JJ., concur.

17735. Irene Irvin, ex Parte. Habeas Corpus. Judgment for respondent. Marshall, C. J., Hough, Wanamaker, Robinson, Jones, Matthias and Clark, JJ., concur.

### MOTION DOCKET

17472. Raymond J. Logan v. The Cleveland Railway Co. Motion by defendant to affirm judgment in Cause No. 17472 on the General Docket. Overruled.

17472. Raymond J. Logan v. The Cleveland Railway Co. Motion by defendant to extend time for filing brief in Cause No. 17472 on the General Docket. Allowed.

17554. George D. Hile, a Taxpayer, v. The Cleveland Railway Co. Motion by defendant to dismiss petition in error in Cause No. 17554 on the General Docket. Sustained.

17614. Bertha Clabaugh v. Chester A. Meck et al. Motion for an order directing the Court of Appeals of Crawford county to certify its record. Overruled.

17645. Wesley Metrick v. The Village of Lindsley. Motion by defendant to dismiss petition in error in Cause No. 17645 on the General Docket. Sustained.

17699. Elmer Baker v. The B. F. Goodrich Co. Motion for an order directing the Court of Appeals of Summit county to certify its record. Overruled.

17699. Elmer Baker v. The B. F. Goodrich Co. Motion by defendant to dismiss motion to certify record. Overruled.

17703. The Cleveland Railway Co. v. Julia Burbick. Motion for an order directing the Court of Appeals of Cuyahoga county to certify its record. Overruled.

17708. The Monson Realty Co. v. Esther Goodman et al. Motion for an order directing the Court of Appeals of Cuyahoga county to certify its record. Overruled.

17712. Samuel Martin Williamson et al. v. William H. Williamson et al. Motion for an order directing the Court of Appeals of Butler county to certify its record. Overruled.

17719. Simeon A. Goss et al. v. A. J. Fiorini et al. Motion for an order directing the Court of Appeals of Montgomery county to certify its record Sustained.

17736. The Pennsylvania R. R. Co. v. Charles Appleman. The Pennsylvania R. R. Co. v. C D. Appleman & Co. Motion for an order directing the Court of Appeals of Richland county to certify its record. Overruled.

17737. Frank S. Hemminger v. Chas. F. Cunningham et al., as Board of Trustees of Ohio State University. Motion for an order directing the Court of Appeals of Franklin county to certify its record. Overruled.

17739. C. F. Lathamer v. Robert McEldowney. Motion for an order directing the Court of Appeals of Stark county to certify its record. Overruled.

17756. In re Exceptions of Pros. Atty. of Lucas County in the case of The State of Ohio v. Clem Corwin. Motion for leave to file bill of exceptions to the Common Pleas court of Seneca county. Sustained.

17758. The State, ex rel. The Great Lakes Welding Co. v. Thomas J. Duffy et al. Motion by plaintiff for writ of Mandamus in Cause No. 17758 on the General Docket. Denied.

### SYLLABI

No. 17216. The Citizens Mortgage Loan Company v. George P. Carrel, Auditor.

Error to the Court of Appeals of Hamilton county.

ROBINSON, J.:

1. The provision of Section 6346-1, General Code, making it "unlawful for any person * * * to engage * * * in the business of making loans * * * upon the mortgage or pledge of chattels or personal property * * * or making loans on salaries or wage earnings, * * * without first having obtained a license," is a regulatory as distinguished from a revenue measure.

2. The provision of Section 6346-2, General Code, "no other and further license fee shall be required from any such licensee, by the state or any municipality," while restricting the state and the municipalities of the state from exacting further license fees in the regulation of such business, in no way restricts the state or the municipalities from levying an excise tax upon the business of such licensee as a revenue measure. (State ex rel., v. Carrel, 99 Ohio St., 220, approved and followed.)

Judgment affirmed.

Hough, Wanamaker and Matthias, JJ., concur. Clark, J., took no part in the consideration or decision of the case.